**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 05-1911**

_____

FRANKLIN C. REAVES, Reverend,

Plaintiff - Appellant,

versus

TOWN OF FAIR BLUFF; J. B. EVANS, individually
and as Mayor of the Town of Fair Bluff;
WILLARD D. SMALL; CARL W. MEARES, JR.; BILLY
HAMMOND; SELENA GRAHAM; JAMES H. MEARES, JR.,
individually and as Commissioner; LEE LEGGETT,
individually and as Chief of the Town of Fair
Bluff Police Department; B. T. HODGE,
individually and in his official capacity;
TOWN OF FAIR BLUFF POLICE DEPARTMENT; FOWLER'S
AUTO SALES 24 HOUR TOWING SERVICE,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington. James C. Fox, Senior
District Judge. (CA-03-103-7-F)

_____

Submitted: February 16, 2006        Decided: February 21, 2006

_____

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Reverend Franklin C. Reaves, Appellant Pro Se. Brian Edwin Edes,
Clay Allen Collier, CROSSLEY, MCINTOSH, PRIOR & COLLIER,
Wilmington, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Franklin C. Reaves appeals the district court's orders dismissing his civil action under 42 U.S.C. §§ 1983, 1985(3) (2000) and denying his motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Reaves v. Town of Fair Bluff, No. CA-03-103-7-F (E.D.N.C. May 12 and July 5, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED